JOHN K. SABUNCU et al., Appellants, v THANEY & ASSOCIATES CPAs, P.C. et al., Respondents. [879 NYS2d 784]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered June 17, 2008 in an action for accounting malpractice and fraud. The order granted the motion of defendants to dismiss the first, third, fourth and fifth causes of action and the claim for punitive damages.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.